SAMPLE 1

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**FILED**

## UNITED STATES DISTRICT COURT
### for the
### Western District of Oklahoma

AUG 02 2022

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____ DEPUTY

Jason R Dollarhide

_____

Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-
(Personal capacity)
Dennis Dickens (563)

Oklahoma highway Patrol

Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* See Attached
Pages 1 And 2.

Case No. CIV 22 642 PRW
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* [X] Yes [ ] No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jason R Dollarhide |
| Street Address | 1301 S Berry Rd |
| City and County | Norman   Cleveland |
| State and Zip Code | Oklahoma  73072 |
| Telephone Number | (405) 543-9259 |
| E-mail Address | DollarhideFul@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Dennis Dickens (563) (personal capacity) (Badge #)
- Job or Title (if known): Oklahoma highway patrol trooper
- Street Address: P.O. Box 11415
- City and County: Oklahoma city    Oklahoma
- State and Zip Code: Oklahoma    73111
- Telephone Number: 405 425-2424
- E-mail Address (if known):

Defendant No. 2
- Name: Oklahoma highway patrol (personal capacity)
- Job or Title (if known): Troop W Marine Div.
- Street Address: P.O. Box 11415
- City and County: Oklahoma city    Oklahoma
- State and Zip Code: OKC,    73136-0415
- Telephone Number: 405-425-2424
- E-mail Address (if known):

Defendant No. 3
- Name: Mike Sharp (31 ) (personal capacity) (Badge #)
- Job or Title (if known): Troop W commander (Marine Div)
- Street Address: 3600 North M.L. King Ave.
- City and County: Oklahoma city    Oklahoma
- State and Zip Code: Oklahoma    73111
- Telephone Number: 405 425-2424
- E-mail Address (if known):

Defendant No. 4
- Name: Oklahoma highway patrol
- Job or Title (if known): Troop W
- Street Address: 651 N. 43rd Street East
- City and County: Muskogee    Muskogee
- State and Zip Code: Oklahoma    74403-3987
- Telephone Number: 918-681-4959
- E-mail Address (if known):

See Attached page 1 and 2

1. Sgt. Lyon (badge # 2144855) (peRSonal capit city)
Oklahoma paRK RangeR Cleveland county
13101 Alameda DR NoRman ok 73026

2. Deputy cannon (2105) Cleveland county
SheRiFF Dept.    405 701 8888.
111 N. peteRS AVe. Suite 600 (peRSonal capitcity)
NoRman, ok 73069

3. StRauss    0307    NoRman police Dept
201 w gRAy St B           Cleveland county
NoRman, OK 73069        (peRSonal capitcity)

4. Rhynes    1428    NoRman police Dept.
201 w gRAy St B           Cleveland county
NoRman ok 73069

5. RoJales    1836    NoRman police Dept
201 w gRAy St. B           Cleveland county
NoRman ok 73069          (peRSonal Capacity)

6. HaigleR    1808    NoRMan police Dept
201 w gRAy St. B           Cleveland County
NoRman, ok 73069        (peRSonal capacity)

7. Hicks    0938    NoRman police Dpx
201 w gRAy St. B           Cleveland county
NoRman ok 73069          (peRSonal Capacity)



8. Mike Roe ? (Badge #) (77) (personal capacity)
   Oklahoma highway patrol trooper
   P.O. Box 11415
   Oklahoma city OK 73111
   405 425-2424

9. Win Row ? (Badge #) (?????) (personal capacity)
   Oklahoma highway patrol trooper
   P.O. Box 11415
   Oklahoma city OK 73111
   405 425-2424

10. Brent thomas          (personal capacity)
    
    PARK RANGER / General counsel
         OTRD. TRaveL OK. com —
    BRett. Thomas @ travel ok. com —

11. Barry Grippen (Lieutenant) (personal capacity)
    201-B west gray st       Cleveland county.
    Norman OK 73069
    405-217-7765
    Barry.Grippen @ normanok.gov

12. Oklahoma highway patrol troop W
    651 N. 43rd Street East
    Muskogee, OK 74403-3987
                          Muskogee.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question    [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. Title 42 U.S.C. Subsection 1983 Color of law and violation of civil Rights Title 18 U.S.C 2340 · A, B, D torture.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* Jason Dollarhide, is a citizen of the State of *(name)* Oklahoma.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)    See Attached page 1 and 2.

   a. If the defendant is an individual
      The defendant, *(name)* Dennis Dickens, is a citizen of the State of *(name)* Oklahoma. Or is a citizen of *(foreign nation)* _____.

      b.    If the defendant is a corporation

          The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

          Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy **$ 250,000,000.00**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*: because OF the Nature OF CRimes that was comitted upon OuR Family you can NeveR put a pRice on emotial DAmage especially to a FouR yeaR old child, that watched & Listened to heR DADDY get toRtuRed.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

OuR Family was watching DeeR in a DeeR watching AReA when This OK State tRoopeR comes Blowing his SiReN ANd scaRing the tRiple DeeRs OFF we weRe watching ANd then staRted telling us lies about the AReA ANd I was RecoRding ON my cell phone Immeditly.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

TiTle 42 USC Subsection 1983

ColoR OF law ANd Violation OF civil Rights.

toRtuRe (18 U.S.C. 2340A) A, B, 0,

$250,000,000.00

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:

Signature of Plaintiff    Jason R Shidd
Printed Name of Plaintiff    JASON R Dollarhide

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address