**DOC LLC**
3130 SW 89th Street
Suite 200
Oklahoma City, OK 73159-7908
(405) 352-7051

# Payment Receipt

## Payment Details

| | |
|---:|:---|
| **Patient:** | Jason Randal Dollarhide |
| | 1301 s berry rd |
| | Norman, OK 73072 |
| **Payment Type:** | Credit Card |
| **Payment Date:** | September 2nd, 2021 |
| **Appointment Date:** | September 2nd, 2021 at 11:30 a.m. |
| **Note:** | DOCstimator Guest Payment |

**Amount Paid:**     $350.00