IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JASON R. DOLLARHIDE, | ) |
| Plaintiff, | ) ) ) ) ) |
| v. | ) ) Case No. CIV-22-00642-PRW |
| DENNIS DICKENS, *et al.*, | ) ) ) ) |
| Defendants. | ) |

### ORDER

Mr. Dollarhide filed his complaint (Dkt. 1) against the defendants on August 2, 2022, but to date has not proven service under Rule 4(l) of the Federal Rules of Civil Procedure. Under Rule 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." The Court thus **ORDERS** Mr. Dollarhide to show cause in writing, on or before December 16, 2022, why this action should not be dismissed for failure to properly serve the defendants. If Mr. Dollarhide does not show cause in writing on or before December 16, 2022, this action will be dismissed without prejudice as to re-filing.

**IT IS SO ORDERED** this 2nd day of December 2022.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE