Dec 13 2022

in the western District of Oklahoma

JASON Dollarhide

  Plaintiff

Case No CIV-22-00642-PRW

vs

Dennis Dickens, et al.,

  Defendants

**FILED**
DEC 13 2022
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY _____EKW_____, DEPUTY

(Motion For extenison)

1. 45 day extentesion (asking by this court because when I filed this order on Aug 2 2022 I was under the assumtion that the Summons was inculued into the law suit Filed, I believed that inculed. Serving said Defendants,

2. I am aware of the Rules Now I Am working with SARA thomas From SOR tRAining CenteR 2334 N Moore Ave #B Moore OK 73160 (405) 532-3709

over .contiued

3. There is several Defendants that have to be served I believed that all this summons & getting the Defendants servered was inculed in the original filed suit, I humbley ask this court to grant some extra time. because of my not knowing of these produced's.

Dec 13 2022

Jason Dollarhide
  Plaintiff

vs

Dennis Dickens

  Defendants

Case No CIV-22-00642 PRW

Western United States District of Oklahoma.

Jason [signature]  12-13-22.