UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

JAson DollARhide )
                 )
                 )
_____  )
          Plaintiff(s) )   Case No. Civ 22 642 PRV.
vs.              )
                 )
Dennis Dickens, oklahoma highway portal )
NoRman police Dept, Cleveland County Sheiffs, )
oklahoma PARK RAngeRs.   Defendant(s) )

**FILED**

DEC 13 2022

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____SD_____, DEPUTY

**PRO SE LITIGANT'S REQUEST FOR ISSUANCE OF SUMMONS**
(Required by LCvR 3.1)

TO THE CLERK OF SAID COURT:   Please issue summons in this case for the persons listed below.

| Name of Defendant(s) | Service Agent (if any) | OHP tRoop W Address for Service | Type of Service |
|---|---|---|---|
| Dennis Dickens 918-681-4959 | | 651 N. 43Rd St E Muskogee OK 74403-3987 | |
| Okla highway PAtRol | | 3600 N MLK Ave OKC, OK 73111 | |
| Oklahoma tRoop W | | 651 N. 43Rd St E Muskogee OK 74403 | |
| NoRman police Dept. | | 201 W gRAy Norman OK 73069 | |

JAson DollARhide
Name of Plaintiff (Please Type or Print)

_Jason Dhide_
Signature (Plaintiff)

Telephone No. 405-543 9759

1301 S. BeRRy Rd
Street or Mailing Address

NoRman OK 73072
City & State                Zip Code

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

JASON DollARhide )
)
)
)
_____ )
vs.                    Plaintiff(s)   )   Case No. Civ 22 642 PRV
)
Mike Sharp, BARRY Gippen. )
BRent Thomas, Mike RoE (??) )
Defendant(s) )

### PRO SE LITIGANT'S REQUEST FOR ISSUANCE OF SUMMONS
(Required by LCvR 3.1)

TO THE CLERK OF SAID COURT:     Please issue summons in this case for the persons listed below.

| Name of Defendant(s) | Service Agent (if any) | Address for Service | Type of Service |
|---|---|---|---|
| Mike Sharp. | | 3600 N MLK Ave OKC, OK 73111 | |
| BARRY Gippen | | 201 W gRAY St B Norman OK 73069 | |
| BRent thomas | | 13101 Almeda DR Norman OK 73026 | |
| Mike RoE | | 3600 N MLK Ave OKC, OK 73111 | |

Win Row
OHP
3600 N MLK Ave
OKC, OK 73111

P.O. Box 11415
OKC, OK 73111

JASON DollARhide
Name of Plaintiff          (Please Type or Print)

_Jason Dhide_
Signature (Plaintiff)

Telephone No. 405 · 543 - 9759

1301 S. BeRRY Rd
Street or Mailing Address

NoRman  OK  73072
City & State              Zip Code

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

JAson DollARchide )
)
)
)
vs. Plaintiff(s) ) Case No. CIV 22 642 PRW
NoRMan police Dept. )
)
)
)
Defendant(s) )

## PRO SE LITIGANT'S REQUEST FOR ISSUANCE OF SUMMONS
(Required by LCvR 3.1)

TO THE CLERK OF SAID COURT:   Please issue summons in this case for the persons listed below.

| Name of Defendant(s) | Service Agent (if any) | Address for Service | Type of Service |
|---|---|---|---|
| StRauss 0307 | | 201 W gRAY St B NoRMan OK 73069 | |
| RhyNes 1428 | | 201 W gRAY St, B NoRMan OK 73069 | |
| RoJales 1836 | | 201 W gRAY St. B NoRMan OK 73069 | |
| HAigleR 1808 | | 201 W. gRAY St. B NoRMan OK 73069 | |
| Hicks 0938 | | 201 W. gRAY St. B NoRMan OK 73069 | |

JAson DollARhide
Name of Plaintiff                                        (Please Type or Print)

_Jason X_____
Signature (Plaintiff)

Telephone No. 405 543 9259

1301 S. BeRRy Rd
Street or Mailing Address

NoRman   OK   73072
City & State                                                Zip Code

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

Jason Dollarhide )
 )
 )
 )
vs. Plaintiff(s) )   Case No. CIV 22 642 PRV
 )
Cleveland county Sheiffs )
Park Rangers of Oklahoma )
 Defendant(s) )

**PRO SE LITIGANT'S REQUEST FOR ISSUANCE OF SUMMONS**
(Required by LCvR 3.1)

TO THE CLERK OF SAID COURT:      Please issue summons in this case for the persons listed below.

| Name of Defendant(s) | Service Agent (if any) | Address for Service | Type of Service |
|---|---|---|---|
| Cleveland county Sheiffs | | 114 N Peters Ave St. 600 Norman OK 73069 | |
| Park Rangers of Oklahoma | | 13101 Almeda DR Norman OK 73026 | |
| Sgt. Lyon | | 13101 Almeda DR Norman OK 73026 | |
| Deptuy Cannon (2105) | | 111 N. Peters Ave St. 600 Norman OK 73069 | |

Name of Plaintiff: Jason Dollarhide (Please Type or Print)

Signature (Plaintiff): Jason Shid

Telephone No. 405 543 9759

Street or Mailing Address: 1301 S Berry Rd

City & State: Norman OK      Zip Code: 73072