Western District of Oklahoma

Jason Dollarhide             case CIV 22-00642 PRW
    Plaintiff

vs
                                        FILED
Dennis Dickens, et al.                  FEB 1 2023
    Defendants                          CARME... R SHINN, CLERK
                                        U.S. DIST. COURT WESTERN DIST. OKLA.
                                        BY _____, DEPUTY

Motion to File Convential

1. Audio and videos from August 1 2021 Lake Thunderbird Deer Watching Area, Norman OK

2. 6 videos of almost 40 mins worth of video and audio on two celluar device's (Flash Drives)

Jason $hid            1-30-23

11