WESTERN DISTRICT OKLA.

Jason Dollarhide
Plaintiff

Vs

Dennis Dickens et al.
Defendants

Case Civ 22 00642 PRW

FILED
FEB 2 2023
R. SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY _____ DEPUTY

Page 1

(File Response to Dismiss)

1. Answer for motion to Dismiss, These named Defendants, showed up to the Lake Thunderbird Deer watching Area, 8-1-2021 and immeditly attacked plaintiff which he was sitting on the ground clam and handcuffed, Begging for medical Attention, in the video you can clearly see Norman Officers take plaintiffs Phone and then All out Assualt And tourture takes place for almost 7-8 minutes.

2. These Officers that showed up Acted Like Bullies, Tyrants under the color of law.

Jason Dollarhide

Continued Page 2

Western District of Oklahoma

Jason Dollarhide
    Plaintiff

vs                                case civ 22 00642 PRW

Dennis Dickens et al.
    Defendants                           Page 2

(Answer to motion Dismiss)

3. Under Normans own policy For handcuffed calm people needing medical attention handcuffing when this is happening is Not Needed policy 302.8    302.3.1    302.4    302.3.4

4. Under the torture of color of law you can hear a Norman Officer screaming this is our show, Bitch your going to Listen this is our show, Listen or get hurt as Im screaming in pain as All these Officer Kick And Knee And Jerk me around on the ground For Begging For medical Attention was Bleeding everywhere on my wrists. Now hurting All over because of the way it was handled.   Jason Shull