IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JASON R. DOLLARHIDE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-22-00642-PRW |
| | ) |
| DENNIS DICKENS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# ORDER

Before the Court is Plaintiff Jason R. Dollarhide's Unopposed Motion for Leave of the Court to File an Amended Complaint (Dkt. 22). Though Plaintiff initially filed this case *pro se*, his newly retained counsel entered an appearance on February 28, 2023 (Dkt. 20). Plaintiff's counsel now requests leave to file an amended complaint that satisfies pleading standards.

When a party moves to amend a pleading under Rule 15(a)(2) of the Federal Rules of Civil Procedure, LCvR15.1 requires the party to "attach the proposed pleading as an exhibit to the motion." Plaintiff has not done so here. Accordingly, the Court **DENIES** Plaintiff's motion (Dkt. 22) for failure to comply with LCvR15.1, and Plaintiff's initial motion to amend (Dkt. 21) is **DENIED AS MOOT**.

**IT IS SO ORDERED** this 7th day of March 2023.

PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE