IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

JASON R.  DOLLARHIDE            )
                               )
        Plaintiff,             )        Case: 5:22-cv-642-PRW
                               )
v.                             )
                               )
DENNIS DICKENS, et al.          )
                               )
        Defendants.            )

**MOTION FOR LEAVE OF THE COURT
TO FILE FIRST AMENDED COMPLAINT**

Plaintiff, by and through his attorney, CONRADY LAW, PLLC, by James A.

Conrady, moves the Court for Leave to file his **First Amended Complaint** and in support

thereof informs the Court as follows:

1.      On June 23, 2023, this Court entered an Order [Doc. # 29] wherein some

Motions to Dismiss were granted without prejudice.

2.      The Court dismissed Plaintiff's Complaint [Doc. # 1] but granted Plaintiff

permission to file an Amended Complaint by August 24, 2023.

3.      Plaintiff's First Amended Complaint is submitted as an attachment to this

Motion.

4.      **WHEREFORE**, Plaintiff prays the Court for leave to file his First

Amended Complaint.

Dated this 24th day of July, 2023.

Respectfully Submitted,

/s/ James A. Conrady

James A. Conrady, OBA # 1853
CONRADY LAW, PLLC
2203 South Western Road
Stillwater  OK 74074
Phone: (832) 330-5620
Email: jconrady@hotmail.com
COUNSEL FOR THE PLAINTIFFS

## CERTIFICATE OF SERVICE

I do hereby certify that on this 24th day of July, 2023, a true and correct copy of

the above and foregoing was filed and transmitted via CM/ECF to all registered attorneys:

/s/ James A. Conrady