# Exhibit No. 1

# Conventionally Filed Flash Drive