UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

JASON DOLLARHIDE,                                         )
                                                          )
                        Plaintiff(s),                     )
v.                                                        )   Case No. CIV-2022-642 PRW
DENNIS DICKENS, et al.,                                   )
                                                          )
                        Defendant(s).                     )

NOTICE OF CONVENTIONAL FILING

Please take notice that (Plaintiff/Defendant) <u>Darren Strauss, Harley Rhynes, Joshua    </u>, (Name of Party)

<u>Rojales, Colby Haigler, and Jonathan Hicks                                                                 </u>,

shall conventionally file the original and one copy of the following document, paper or other material:

<u>Flash Drive with 1 Video                                                                                    </u>
(Title of Document, Paper or Other Material)

This document, paper, or other material has not been filed electronically because:

[✔] it cannot be converted to electronic format

[ ] the electronic file size of this material exceeds 20 megabytes (MB)

[ ] the Court by Order has excused electronic filing

[ ] it is exempt from electronic filing pursuant to § II.A.1 of the ECF Policy & Procedures Manual

The document, paper, or other material will be conventionally served on all parties.

s/Rickey J. Knighton II
Name  Rickey J. Knighton II
Attorney bar number, if applicable OK 17257
Address  P.O. Box 370
City, State, Zip Code Norman, Oklahoma 73070
Phone: (405) 217-7700
Fax: (405) 366-5425
E-mail: rick.knighton@normanOK.gov

## Certificate of Service

☑  I hereby certify that on (date) August 1, 2023, I filed the attached document with the Clerk of Court. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the Electronic Case Filing System.

☐  I hereby certify that on (date) August 1, 2023, I filed the attached document with the Clerk of Court and served the attached document by (service method) _____ on the following, who are not registered participants of the Electronic Case Filing System:  (insert names and addresses)

s/ Rickey J. Knighton II
Signature