## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JASON DOLLARHIDE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 22-cv-642-PRW |
| | ) | |
| DENNIS DICKENS, Oklahoma Highway Patrol, *et al.*, | ) | Judge Patrick R. Wyrick |
| | ) | |
| Defendants. | ) | |

### ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

The undersigned enters his appearance as counsel in this case for **Defendants Oklahoma Highway Patrol, Dennis Dickens, and Mike Sharp.**

I certify that I am admitted to practice in this Court and am registered to file documents electronically with this Court.

Respectfully submitted,

s/ Devan A. Pederson
**DEVAN A. PEDERSON, OBA #16576**
Assistant Attorney General
Oklahoma Attorney General's Office
Litigation Division
313 N.E. 21st Street
Oklahoma City, OK 73105
Telephone: (405) 521-3921
Fax No.: (405) 521-4518
devan.pederson@oag.ok.gov
*Attorney for State Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 15th day of August 2023, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and the transmittal of a Notice of Electronic Filing to all counsel who have entered an appearance in this action.

                                  s/ Devan A. Pederson
                                  **DEVAN A. PEDERSON**