IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

Date: April 10, 2024

| | | |
|---|---|---|
| JASON R. DOLLARHIDE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case. No. CIV-22-642-PRW |
| | ) | |
| DENNIS DICKENS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ENTER ORDER:**

On March 29, 2024, the Court entered an Order granting in part and denying in part Plaintiff's Motion for Leave of the Court to File First Amended Complaint and directing Plaintiff to file an amended complaint. The Court now **ORDERS** Plaintiff to file his amended complaint within twenty (20) days of the date of this order, or by April 30, 2024.

By direction of Judge Patrick R. Wyrick, we have entered the above enter order.

CARMELITA REEDER SHINN, Clerk

By: s/*Kathy Spaulding*
     Deputy Clerk