IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JASON R. DOLLARHIDE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-22-00642-PRW |
| ) | |
| DENNIS DICKENS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### ORDER

On March 29, 2024, the Court granted in part and denied in part Plaintiff's Motion for Leave of the Court of File First Amended Complaint (Dkt. 38). The Court directed Plaintiff to file an amended complaint that either (1) omitted the Defendants Vaughn Cannon, Darren Strauss, Harley Rhynes, Joshua Rojales, Colby Haigler, Jonathan Hicks, Shannon Lyon, and Mike Sharp (collectively, "the Opposing Defendants") or (2) contained specific factual allegations as to each Opposing Defendant so that they are on fair notice of the claims against them. On April 10, 2024, the Court ordered Plaintiff to file his amended complaint by April 30, 2024 (Dkt. 39), but to date, Plaintiff has not filed an amended complaint. Accordingly, the Court **ORDERS** Plaintiff to show cause, on or before May 23, 2024, as to why Plaintiff's claims against the Opposing Defendants should not be dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED** this 13th day of May 2024.

                                                PATRICK R. WYRICK
                                                UNITED STATES DISTRICT JUDGE