# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1.   **JASON R.  DOLLARHIDE,**                    ) | |
| 2.   **HEATHER DOLLARHIDE,**                      ) | |
| 3.   **JASON R.  DOLLARHIDE**, as Parent and      ) | |
| Next Friend of M.C.D., a Minor Child.             ) | |
|                                                   ) | |
| Plaintiffs,                                       ) | Case: 5:22-cv-642-PRW |
|                                                   ) | |
| v.                                                ) | |
|                                                   ) | Attorney's Lien Claimed |
| 1.   **STATE OF OKLAHOMA ex rel.**                ) | |
| **OKLAHOMA DEPARTMENT OF**                        ) | Jury Trial Demanded |
| **PUBLIC SAFETY**,                                ) | |
| 2.   **TROOPER DENNIS DICKENS,**                  ) | |
| 3.   **TROOPER MIKE SHARP,** Marine Division,     ) | |
| 4.   **BOARD OF COUNTY COMMISSIONERS**            ) | |
| **CLEVELAND COUNTY,**                             ) | |
| 5.   **SGT.  LYON, PARK RANGER,**                 ) | |
| 6.   **DEPUTY CANNON,**                           ) | |
| 7.   **CITY OF NORMAN OKLAHOMA**                  ) | |
| **NORMAN POLICE DEPARTMENT**                      ) | |
| 8.   **OFFICERS, STRAUS, RHYMES,**                ) | |
| **ROSALES, HAGGLER AND HICKS**                    ) | |
| of the Norman Police Department.                  ) | |
|                                                   ) | |
| Defendants.                                       ) | |

## PLAINTIFF'S RESPONSE TO
## <u>COURT'S ORDER TO SHOW CAUSE [Doc. # 40]</u>

Plaintiff has no objection to the Court dismissing without prejudice all named

Defendants with the exception of Dennis Dickens and the Oklahoma Department of of

Public Safety.

Dated this 23rd day of May, 2024.

Respectfully submitted,

/s/ *James A. Conrady*

James A. Conrady, OBA #1853
**CONRADY LAW, PLLC**
2203 South Western Road
Stillwater, OK 74074
Telephone (832) 330-5620
Jconrady@hotmail.com
***ATTORNEY for the PLAINTIFF***

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of May, 2024, I electronically transmitted the

attached document to the Clerk of Court using the ECF System for filing and transmittal

of a Notice of Electronic Filing to all CM/ECF registrants.

/s/ *James A. Conrady*