IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

Date: June 4, 2024

| | |
|---|---|
| JASON R. DOLLARHIDE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-22-642-PRW |
| | ) |
| DENNIS DICKENS, et al., | ) |
| | ) |
|     Defendants. | ) |

**ENTER ORDER:**

    On May 23, 2024, Plaintiff filed a Response to Court's Order to Show Cause (Dkt. 41) stating that Plaintiff has no objection to the Court dismissing without prejudice all named Defendants with the exception of Dennis Dickens and the Oklahoma Department of Public Safety. On May 30, 2024, Defendants Oklahoma Highway Patrol, Dennis Dickens, Michael Roe, Mike Sharp, and Robert Winrow filed a Reply to Plaintiff's Response to Court's Order to Show Cause (Dkt. 42) asking the Court to dismiss this case in its entirety. Plaintiff's Surreply, if any, shall be filed on or before June 11, 2024.


By direction of Judge Patrick R. Wyrick, we have entered the above enter order.

                                                              Joan Kane, Clerk

                                                      By: s/ *Kathy Spaulding*
                                                             Deputy Clerk