IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JASON R. DOLLARHIDE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-22-642-PRW |
| | ) |
| DENNIS DICKENS, et al., | ) |
| | ) |
| Defendants. | ) |

# JUDGMENT

This Judgment is issued pursuant to Federal Rule of Civil Procedure 58(a). The Court, having considered the issues and rendered a decision, **ORDERS, ADJUDGES,** and **DECREES** that the action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED** this 6th day of May 2025.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

1